**Gold Key Credit, Inc.**

DEPT 850     8642779817032
PO BOX 4115
CONCORD CA  94524

P.O. Box 15670 * Brooksville, FL  34604-0122
(800) 218-3280 * (866) 711-4082 - Fax

03/03/2017

Account Number: ▮▮▮▮4308

ADDRESS SERVICE REQUESTED

OFFICE HOURS:
8AM-9PM MON THRU FRIDAY
8AM-3PM SATURDAY

STEVEN BEYER
15 ORCHID LN
COMMACK NY 11725-3708

TOTAL BALANCE DUE: $746.00
(SEE BACK FOR DETAIL)

#### *****NOTICE OF RESOLUTION OFFER*****

We understand times are tough and we want to work with you. As a result, we are extending the opportunity to resolve this debt for 50% of the total amount owed.

Here is what you can do to take advantage of this offer:
------------------------------------------------------------------------------------------
1. Remit 50% of the amount listed below to our office directly.
2. Call 800-218-3280.
3. For your convenience, we accept Western Union Quick Collects, Visa and MasterCard and checks by phone.
------------------------------------------------------------------------------------------
Unless confirmed with one of our representatives, this offer will expire on May 2, 2017. We are not obligated to renew this offer.

If you have any further questions or need assistance, please contact us at (800) 218-3280.

Gold Key Credit, Inc. is now the servicer of this account.  Communications concerning this matter should be addressed to this office.

Sincerely,
Corey Yates

This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  This communication is from a debt collector.

**Please see the reverse side of this communication for additional important information, which may include legal disclosures and/or information pertinent to this account(s).**

--------------------------------------------------------------------------------------------
PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

| Account # | Total Balance |
|---|---|
| ▮▮▮▮4308 | $746.00 |

STEVEN BEYER

Payment Amount

$ 

Check here if your address or phone number has changed and provide the new information below: ☐

Address: _____
City: _____ State: _____ Zip: _____
Home Phone: _____ Work Phone: _____

**Make Payment to:**

GOLD KEY CREDIT, INC.
P.O. Box 15670
Brooksville FL  34604-0122

MGK6-0309-843907903-04959-4959

New York City Department of Consumer Affairs License Number: 1276231

The following account(s) have been placed with Gold Key Credit, Inc.:

| Original Creditor | Regarding | Date of Service Last Activity | Total |
|---|---|---|---|
| Siena Emergency Medical Svc PC | STEVEN BEYER | 07/20/2014 | 746.00 |
| | | | 746.00 |

MGK6-0309-843907903-04959-4959